UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ROXANNE M. DENIZ,**<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 2:20-bk-13048-BKM<br><br>**ORDER DENYING DEBTOR'S MOTION TO AVOID LIEN** |

Before the Court is Debtor Roxanne M. Deniz's ("Debtor") Motion to Avoid Lien Impairing Real Property Pursuant to 11 U.S.C. § 522(f), (Dkt. #10).

Debtor is seeking to avoid a judgment lien of creditors A Speedy Cash Car Title Loans, LLC., Portfolio Recovery Associates LLC., and Unifund CCR, LLC, which she contends attaches to her homestead property located at 10301 W. El Rancho Drive, Sun City, AZ 85351. Because the recorded judgments do not attach as a lien to her homestead, relief is unnecessary. *See* In re Rand, 400 B.R. 749, 750 (2008) (where the Court held that under the Arizona statutes, recorded liens do not attach to homestead property: "This court finds that Arizona's protections of the debtors' homestead prevent the creditor's recorded judgment from attaching as a lien to the debtors' homestead property, even if the value of the property exceeds the cap on the value of the exemption. Because the debtors cannot

avoid a lien that neither exists nor impairs the homestead exemption, the debtors' motion is denied.")

Accordingly,

**IT IS ORDERED** denying Debtor's Motion to Avoid Lien, without prejudice.

**ORDER ACCORDINGLY.**

Copies of the foregoing (e)mailed
this 3rd day of February 2021, to:

Thomas Adams McAvity
PHOENIX FRESH START BANKRUPTCY ATTORNEYS
4131 Main Street
Skokie, IL 60076-2780
Email: documents@phxfreshstart.com
Attorney for Debtor

Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue
Suite 204
Phoenix, AZ 85003

A Speedy Cash Car Title Loans
P.O. Box 780408
Wichita, KS 67278

J. Vance Andersen
25823 N. 101st Avenue
Peoria, AZ 85383

| | |
|---|---|
| 1 | Unifund<br>c/o Bursey and Associates, P.C |
| 2 | 6740 N. Oracle Road #151<br>Tucson, AZ 85704 |
| 3 | |
| 4 | Portfolio Recovery Associates LLC.<br>P.O. Box 12914 |
| 5 | Norfolk, VA 23541 |
| 6 | By: /s/Rachael M. Stapleton |
| 7 |      Judicial Assistant |